IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD E. STRICKLAND, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11cv00358 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. WANG, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

In accordance with the Memorandum Opinion filed this day, it is **ORDERED** that plaintiff is **DIRECTED** to file an Amended Complaint meeting the requirements of the Federal Rules of Civil Procedure within twenty (20) days, which will be screened under the Prison Litigation Reform Act.  If no Amended Complaint is filed within that period, or a pleading is filed which violates the joinder rules or otherwise does not conform to the Federal Rules of Civil Procedure, this action will be **DISMISSED without prejudice**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: December 8, 2011

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge