CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 27 2012
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD EDGAR STRICKLAND,<br>　　Plaintiff, | ) ) ) | Civil Action No. 7:11-cv-00358 |
| v. | ) ) ) | **ORDER** |
| DR. WANG, *et al.*,<br>　　Defendants. | ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Strickland's claims for injunctive and declaratory relief are **DISMISSED as moot** and his claims against defendants Head Nurse, Deputy Henderson, Danville City Jail, Danville City Council, Danville City Manager, and Director of Human Services are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is **DIRECTED** to **TERMINATE** Head Nurse, Deputy Henderson, Danville City Jail, Danville City Council, Danville City Manager, and Director of Human Services as defendants to this action.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: This 27th day of January, 2012.

_____
United States District Judge