CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 07 2013

JUL... ...Y, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD EDGAR STRICKLAND, | ) | Civil Action No. 7:11cv00358 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER ADOPTING** |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| DR. LAURENCE S. WANG *et al.*, | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in part, Strickland's claims are **DISMISSED**, all other pending motions are **DENIED**, and this matter is **STRICKEN** from the court's active docket.

ENTER: March 7, 2013

_____
UNITED STATES DISTRICT JUDGE